UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                   Case No. 17-20640

v.                                           Hon. Stephen J. Murphy, III

D-2 WINSTON HILL,
D-6 DESHAUN TISDALE,
D-10 DANGELO DAVIS,

    Defendants.
_____/

## NOTICE OF FILING OF EXHIBITS

      The following exhibits were admitted at trial and are part of the record on appeal: 924, 926, and 929. Transcripts of exhibits 924, 926, and 929 were also shown to the jury at trial. Pursuant to Sixth Circuit Rule 10(b), those exhibits and transcripts are attached to this notice and are now part of the district court's electronic record.

                                                             Respectfully submitted,

                                                             MATTHEW SCHNEIDER
                                                             United States Attorney

                                                             *s/John B. Meixner Jr.*
                                                             John B. Meixner Jr.
                                                            Assistant United States Attorney
                                                            211 W. Fort St., Suite 2001
                                                            Detroit, MI  48226
                                                            (313) 226-9626
                                                            john.meixner@usdoj.gov

Dated: June 9, 2020

## **CERTIFICATE OF SERVICE**

I certify that on June 9, 2020, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record:

          *s/John B. Meixner Jr.*
          John B. Meixner Jr.
          Assistant United States Attorney
          211 W. Fort St., Suite 2001
          Detroit, MI  48226
          (313) 226-9626
          john.meixner@usdoj.gov