Exhibit 924 (Audio Embedded as MP3)

**PLAYBOY GANGSTER CRIP 911 DISPATCHER TRANSCRIPTION**

**Participants**

1. Edward Hardwick
2. 911 Dispatcher

Call #1 – January 31, 2017 12:40 a.m.

**0:01** – Automated Voice

**0:07**

DISPATCHER – Detroit, 911, what's the address of the emergency?

HARDWICK – 20501 Stout Street someone just threw a brick through my kitchen window.

DISPATCHER – What's the immediate corner cross street?

HARDWICK – Ha-Hassel, Hassel and 8 mile.

DISPATCHER – What is the telephone number that you're calling from?

HARDWICK – Uh this my home number ma'am, I even don't even know this by heart because I really don't use it.

DISPATCHER – What's your name?

HARDWICK – Edward,Edward Hardwick.

DISPATCHER – Do you know who might have thrown the uh, brick?

HARDWICK – I don't even know ma'am, the bricks sittin' here and I didn't touch it, annn-and you know. I see the footprints from the snow from the side of my house.

DISPATCHER – Going what direction?

HARDWICK – Uhh its coming, I mean it's-it's going, towards 8 mile.

DISPATCHER – Okay, I'll request the police, what window did they throw it down?

HARDWICK – My kitchen window.

DISPATCHER – Okay, I'll request the police, they'll be there as soon as possible.

HARDWICK – Okay, thank you.

DISPATCHER – You're welcome.