Exhibit 929 (Audio Embedded as MP3 File)

**PLAYBOY GANGSTER CRIP TRANSCRIPTION**

**Participants**

    1. Larry TAYLOR

    2. Dawon Taylor aka J9

    3. D'Angelo DAVIS "Black"

ROI-63, ATF Exhibit 68, Wav 1486139284_104_12_151_935 (February 3, 2017), Call #7 to phone number 313-978-5809 from MDOC as provided by Eric Petaja.

2:51

Dawon TAYLOR: At oil change place with Alexus and Black.

Larry TAYLOR: Man, put Black bitch ass on the phone.

Dawon TAYLOR: Alright. You-you know this nigga just got outta jail, right?

Larry TAYLOR: What he just get out for?

Dawon TAYLOR: I don't know man. Let -let him explain it.

DAVIS: The deal.

Larry TAYLOR: What's up bitch.

DAVIS: What's up. What's-What's.

Larry TAYLOR: This hoe ass nigga man. What the fuck you just get out of jail for dog?

DAVIS: Home Invasion.

Larry TAYLOR: Wow.

DAVIS: Hell yeah.

Larry TAYLOR: Where at?

DAVIS: Shit, on the Westside. 8 Mile and Meijers.

Larry TAYLOR: Man, what they do?

DAVIS:  Shit, they suppose, they suppose, I'm suppose to go back to for sentencing but I ain't going.

Larry TAYLOR: Say you suppose to go where?

DAVIS: Back for sentencing.

Larry TAYLOR: Wow. How long they tryna give you?

DAVIS: Shit. Nigga they was just gonna give me a felony in my cousin name cause they aint even got in my name, its in my cousin name. They was just gonna give me a felony and uhh put me on 90 uhhh I think it was 9 months probation and some shit.

Larry TAYLOR: Man look, you still got that 9 dog, you so, man?

DAVIS: Huh? Oh yeah, hell yeah.

Larry TAYLOR: I hope you hoe ass ain't do that one shit.

DAVIS:  What you talkin bout?

Larry TAYLOR: You know what the fuck I'm talkin about.

Larry TAYLOR: That's some hoe ass shit dog.

DAVIS: (Unintelligable)

Larry TAYLOR: Where that nigga Bo at?

DAVIS:  Shit that nigga at the crib. That nigga, you know that nigga got shot at man, I mean a couple days ago.He got shot when I got out.

Larry TAYLOR: (Unitelligable). What happen?

DAVIS: Boy-Boy, Grrrr… Some bullshit cuz, man.

Larry TAYLOR: Wit who?

DAVIS: Some hoe ass nigga man. I'm gonna let J9 tell you.

Larry TAYLOR: Aight

Dawon TAYLOR: Yeah, hello.

Larry TAYLOR: Yeah, how he got shot?

Dawon TAYLOR: Man, damn (unintelligible) feds… foolin, foolin on some dumb shit tho man.

Larry TAYLOR: What happen? Tell me.

Dawon TAYLOR: He-he racked that bitch back tho. He got to rackin that bitch back eahhhoo, whomp, whaaa.

Larry TAYLOR: What he tried to (untelligable).

Dawon TAYLOR: Naw, hell naw, hell naw.

Larry TAYLOR: Wha-What happen?

Dawon TAYLOR: Well, nigga slid down.

Larry TAYLOR: Who, y'all knew who it was?

Dawon TAYLOR: Uhh, naw but he was at his crib tho type shit. Basically, them niggas dog, you know, break in a crib whatever. Dog shred that bitch and nigga he shred that bitch back, ya feel me.

Larry TAYLOR: Y'all in some hot shit dog.

Dawon TAYLOR: Not me, ununnn, not me…. Huh?

Larry TAYLOR: Where he get shot at?

Dawon TAYLOR: Uhh, the hip, the hip and the uhh, he got grazed in the head.

Dawon TAYLOR: (Unintelligible)

Larry TAYLOR: All, everybody done got shot now. Calm the fuck down nigga.

Dawon TAYLOR: I ain't get shot. I'm too quick for these ununnnnnnn.

Larry TAYLOR: Dog, alright nigga.

Dawon TAYLOR: Man-boy I already know. I'm just talking shit.

5: 46 - GENERAL CONVERSATION